UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY | | PLAINTIFF |
| v. | CASE NO. 4:10cv01076 BSM | |
| TRACY LEE WINTERS; KELLY LEE WINTERS; MARCY LEE WINTERS FIELDER; IRMA JEAN SHOFFNER; and JIM S. GOWEN, SR., Or His Successor, Chairman, Merchants and Planters Bank of Newport | | DEFENDANTS |
| IRMA JEAN SHOFFNER | | COUNTER CLAIMANT |
| v. | | |
| JACKSON NATIONAL LIFE INSURANCE COMPANY | | COUNTER DEFENDANT |

**ORDER**

This chambers received a letter from counsel for separate defendant Jim S. Gowen ("Gowen") on August 5, 2010, stating that Gowen has no interest in the subject matter of the case and requesting that he be dismissed or permitted to disregard the scheduling order. The letter is attached. Although Gowen will not be dismissed, he is hereby permitted to disregard the scheduling order and does not have to appear.

IT IS SO ORDERED this 19th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE